IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LAUCELLA,

      Petitioner,                  No. CIV-S-08-0109 LKK KJM P

   vs.

D. K. SISTO, et al.,

      Respondents.              ORDER

_____/

       Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges the fact that he has been denied parole.

       On June 30, 2008, respondents filed a motion to dismiss in which they argue that petitioner's challenges to parole rescissions on January 10, 2003 and May 12, 2006 are time-barred. Petitioner's parole also was rescinded on August 31, 2006. Respondent makes no argument that any challenge to this rescission is time-barred.

       In their reply, respondents withdraw their motion based on their reading of petitioner's opposition as disavowing any challenges to the January 10, 2003 and May 12, 2006 rescissions. Whether this is an accurate reading is not entirely clear. However, it is clear that any challenge to the January 10, 2003 recision is moot, because that decision was vacated by the

1

California Court of Appeal on May 25, 2006. See Pet., Ex. B at 1, 28-29.[1] Additionally any challenge petitioner may be attempting to bring concerning the May 12, 2006 rescission is unclear. Looking at the record at as a whole, it is apparent that petitioner's claims either are all directed at the August 31, 2006 rescission or are based on issues arising from both 2006 proceedings, thereby rendering it unnecessary for the court to review the earlier 2006 rescission in isolation from the latter one.

In light of the foregoing, the court will deem respondents' motion to dismiss withdrawn and direct the respondents to file their answer within 60 days. In their answer, respondents need only respond to petitioner's claims as they pertain to the August 31, 2006 rescission of parole.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents' motion to dismiss (#7) is deemed withdrawn; and

2. Respondents shall file their answer within sixty days. Petitioner may file a traverse within thirty days of the filing of the answer.

DATED: February 25, 2009.

_____
U.S. MAGISTRATE JUDGE

1
lauc0109.wit

---

[1] In its decision, the Court of Appeal indicates near the end that a "1993" recision is to be vacated. Id. at 28. Reviewing the entirety of the Court of Appeal's opinion, it is clear this is a typographical error.

2