IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LAUCELLA,

    Petitioner,　　　　　　　　　　No. CIV S-08-109 LKK CHS P

    vs.

D.K. SISTO,

    Respondents.　　　　　　　　　<u>ORDER</u>

_____/

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. Petitioner challenges the governor's reversal of the August 2005 decision of the Board of Parole Hearings finding him suitable for parole.

    Respondent's answer was filed on May 29, 2009. It does not appear, however, that respondent has furnished a copy of the transcript of petitioner's August 2005 parole hearing. Accordingly, respondent is directed to furnish the court with a complete copy of the transcript(s) of petitioner's August 2005 parole hearing within 21 days of the date of this order.

IT IS SO ORDERED.

DATED: September 21, 2009.

                                          CHARLENE H. SORRENTINO
                                          UNITED STATES MAGISTRATE JUDGE