IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LAUCELLA,

       Petitioner,

  vs.

D.K. SISTO, et al,

       Warden, California Facility,
       Respondent.

No. CIV S-08-0109 LKK CHS P

**ORDER**

      GOOD CAUSE APPEARING, this court orders compliance with the existing February 8, 2010 order. The order has been enforceable since June 10, 2010, and Respondent has failed to comply with the terms of the order by releasing Mr. Laucella from state custody. Within 48 hours of the filing of this Order, Respondent shall: (1) File a notice with this Court confirming that Laucella has been released from state custody (2) Absent confirmation of release, Respondent shall appear in this Court to Show Cause why Respondent should not be held in contempt for failure to comply with this Court's order.

[Proposed] Order

Dated: September 3, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order